# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0207−1 | User: admin | Date Created: 7/6/2023 |
| Case: 1−20−42380−ess | Form ID: 205 | Total: 7 |

**Recipients of Notice of Electronic Filing:**
| | | | |
|---|---|---|---|
| tr | Robert J Musso | | Rmusso@nybankruptcy.net |
| aty | Law Office of Gregory Messer, PLLC | | gremesser@aol.com |
| aty | Rosenberg Musso & Weiner LLP | | courts@nybankruptcy.net |
| aty | Bruce Weiner | | courts@nybankruptcy.net |
| aty | Robert J Musso | | Rmusso@nybankruptcy.net |

TOTAL: 5

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
| | | | | | |
|---|---|---|---|---|---|
| db | Emidio Buono | 90 Bay Street Landing | Apt. 3J | Staten Island, NY 10301 | |
| smg | Office of the United States Trustee | Eastern District of NY (Brooklyn) | Alexander Hamilton Custom House | One Bowling Green, Room 510 | New York, NY 10004−1408 |

TOTAL: 2